MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Brad & Pamela Haugum            Chapter 7 Case No. 09-33461

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Chase Bank USA NA<br>C/O Creditors Bky Svc<br>PO Box 740933<br>Dallas, TX 75374 | 9 | $386.14 | $0.56 |
| Elan Financial Services<br>Box 5229<br>Cincinnati, OH 45201 | 12 | 616.29 | .90 |
| Recovery Management Systems Corp | 13 | 1,917.11 | 2.80 |

Dated: January 25, 2010

PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

#1735

RECEIVED 10 JAN 27 AM 9:42 BANKRUPTCY COURT ST. PAUL, MN